UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*LASC, Northeast District*
*Case No.: GC04755*

**MEMORANDUM**

JS 6

| Case No. | CV 11-6699 DSF (FFMx) | Date | 12-20-11 |
|---|---|---|---|
| Title | Christine Boyd v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS):  **ORDER REMANDING CASE TO STATE COURT**

　　　　On August 15, 2011, this action was removed to this Court based on federal question jurisdiction. On December 19, 2011, Plaintiff filed an amended complaint that no longer contains federal claims. As Plaintiff's federal claim was the only basis for subject matter jurisdiction, the Court now has discretion to retain or to remand the supplemental claims. 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original jurisdiction . . . .") Given that this litigation is at an early stage, the Court indicated to counsel that it was inclined to remand this matter to state court. See id. Comm. on 1988 Rev.

　　　　Defendants failed to provide grounds for the Court to maintain jurisdiction. Accordingly, this matter is REMANDED to the Superior Court of California, County of Los Angeles.

　　　　IT IS SO ORDERED.